IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| LESLIE BLAND, individually )<br>and on behalf of F.B., her )<br>minor child, )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>GLAXOSMITHKLINE LLC, )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>1:15cv860-MHT<br>(WO) |

ORDER

It is ORDERED as follows:

(1) The unopposed motion for relief from obligations (doc. no. 4) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

(3) This case is administratively closed pending MDL transfer.

DONE, this the 30th day of November, 2015.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE